**Ettie R. LAWRENCE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 05–3036.

United States Court of Appeals, Federal Circuit.

May 1, 2006.

### ORDER

Upon consideration of the parties' joint motion to dismiss this petition for review,

---

from the decision of the Merit System Protection Board case no. DA0831030414–1–1,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.